In the Matter of STEPHANIE GONNARD, Respondent, v JAMES GUIDO, Appellant.

Decided October 22, 2013

Appeal, insofar as taken from that portion of the Appellate Division order affirming so much of Family Court's order as granted the petition and modified custody, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved (*see* CPLR 5601 [b] [1]); appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601; NY Const, art VI, § 3).

In the Matter of CATHERINE A. GORMAN, Appellant, v KATHLEEN M. RICE, Nassau County District Attorney, Respondent, et al., Respondent.

Submitted August 26, 2013; decided October 22, 2013

Motion for leave to appeal denied as unnecessary. Motion for a stay granted.

LIDIA HUGHES, Respondent, v ANDRE HUGHES, Appellant.

Submitted September 16, 2013; decided October 22, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.